IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANN OUTTEN, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 13-4708 |
| GENESIS HEALTH CARE, LLC, et al. | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 12th day of August, 2014, upon consideration of Defendants Genesis Health Care, LLC and 1245 Church Road Operations, LLC, d/b/a/ Hillcrest Center's Motion for Summary Judgment (Docket No. 19), Plaintiff Ann Outten's Response in Opposition (Docket No. 21), and Defendants' Reply (Docket No. 22) it is hereby **ORDERED** that:

1. Defendants Genesis Health Care, LLC, and 1245 Church Road Operations, LLC, d/b/a/ Hillcrest Center's Motion to for Summary Judgment (Docket No. 19) is **GRANTED**, and

2. **JUDGMENT IS ENTERED** in favor of Defendants Genesis Health Care, LLC, and 1245 Church Road Operations, LLC, d/b/a/ Hillcrest Center and against Plaintiff Ann Outten on the entirety of the Complaint.

This case is **CLOSED**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.